IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:12CR230 |
| vs. ) | |
| ) | ORDER |
| MICHELLE LOREEN DENNEY, ) | |
| Defendant. ) | |

Defendant Michelle Loreen Denney appeared before the court on January 30, 2013 on a Petition for Offender Under Supervision [44]. The defendant was represented by CJA Panel Attorney James E. Reisinger, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through her counsel, the defendant waived her right to a probable cause hearing on the Petition for Offender Under Supervision [44] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held on February 7, 2013. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is not a flight risk, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 7, 2013 at 11:00 a.m.** Defendant must be present in person.

2. The defendant, Michelle Loreen Denney, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 7th day of February, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge